UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
SEP - 3 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V. INDICTMENT NO. 5:26.CR.98.CHB.MAS

SHELBIE STATON

* * * * *

THE GRAND JURY CHARGES:

**COUNT 1**
**21 U.S.C. § 841(a)**

On or about February 5, 2026, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SHELBIE STATON**

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 922(g)(1)**

On or about February 5, 2026, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SHELBIE STATON,**

knowing that she was convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Beretta, Model BU9 Nano, 9

mm caliber pistol bearing serial number NU108483, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**COUNT 3**
**18 U.S.C. § 924(c)(1)(A)**

On or about February 5, 2026, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SHELBIE STATON**

did knowingly possess a firearm, that is, a Beretta, Model BU9 Nano, 9 mm caliber pistol bearing serial number NU108483, in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, as described in Count One of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count One of the Indictment, **SHELBIE STATON** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **SHELBIE STATON** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts Two and Three of the Indictment, **SHELBIE STATON** shall forfeit to the United States any and all firearms

and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **SHELBIE STATON** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
Approximately $1,204.00 in U.S. currency.

**FIREARM AND AMMUNITION:**
a. Beretta, Model BU9 Nano, 9 mm caliber pistol bearing serial number NU108483; and
b. Associated ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court, (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**EMILY K. GREENFIELD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not less than 5 years and not more than 40 years imprisonment, a fine of not more than $5,000,000 and at least 4 years supervised release.

**COUNT 2:** Not more than 15 years imprisonment, a fine of not more than $250,000, and not more than 3 years supervised release.

**COUNT 3:** Not less than 5 years imprisonment and not more than life imprisonment, consecutive to any other sentence, a fine of not more than $250,000, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture, if applicable.